ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-cr-00152-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING SETTING FOR CHANGE OF PLEA |
| v. | DATE: November 19, 2025 |
| MATTHEW HENRY JACOBER, | TIME: 1:00 p.m. |
| | COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before the Honorable Sheila K. Oberto, U.S. Magistrate Judge on November 19, 2025

2. Time has been excluded to and through November 19, 2025.

3. On November 9, 2025, defense counsel advised that the defendant signed the plea agreement.

4. The parties agree and stipulate, and request that the Court set the matter for a change of plea on November 24, 2025, at 9:00 a.m., before District Judge Jennifer L. Thurston and the date for a change of plea has been cleared with Judge Thurston's courtroom deputy.

5. It is further requested that the Court vacate the November 19, 2025, status conference date.

6. The parties agree and stipulate, and request that the Court find the following:

7. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary to judiciously resolve this matter.

8. The government does not object to the continuance.

9. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 19, 2025 to November 24, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 10, 2025

ERIC GRANT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: November 10, 2025           /s/ DAVID TORRES
                                                      DAVID TORRES
                                                      Counsel for Defendant
                                                      MATTHEW HENRY
                                                      JACOBER

**ORDER**

In light of the signed and filed plea agreement, the status conference currently set for November 19, 2025, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **November 12, 2025**           /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE